**Anna P. CASTRO, Plaintiff–Appellant,**

v.

**N.Y.C. DEPT. OF SANITATION, Defendant–Appellee.**

**Docket No. 01–7045.**

United States Court of Appeals, Second Circuit.

July 11, 2001.

Anna P. Castro, New York, NY, pro se.

Ellen Ravitch, Esq., Assistant Corporation Counsel, City of New York, New York, NY, for appellee.

Present MINER, LEVAL, and POOLER, Circuit Judges.

### SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be and it hereby is AFFIRMED.

---

* The Honorable J. Garvan Murtha, Chief Judge, United States District Court for the District of Vermont, sitting by designation.

Anna P. Castro, *pro se* and *in forma pauperis*, appeals from an order of the district court granting summary judgment to defendant dismissing the complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, alleging racial and sexual discrimination. The district court properly dismissed the claims where plaintiff's submissions included only conclusory and vague allegations, and where the court had provided *pro se* plaintiff with an explanation of the nature and consequences of a summary judgment motion.

We affirm the judgment of the district court.